**FEE DUE**

1  MAGDALINA KALINCHEVA MD Pro Se                                              EMERGENCY
2  No Address: 543 W Vine St Stockton CA - RICO STOLEN Federally Protected     PRIORITY
   EMERGENCY: Not Given Required All Free Owner Deeds Replacements is Criminal!
3  Email: sun55rise@outlook.com Hacked by Non-human Jack Dorsey
   Phone: 1-209-684-6696 Lifeline I'm Federally Protected from - Give Q Phone
4  Plaintiffs, Defendant-Counterclaimant/Third-Party-Plaintiff
5  COUNSEL FOR: Plaintiffs, US Plaintiffs, Defendants/Third-Party Plaintiffs

```
              FILED
   CLERK, U.S. DISTRICT COURT

           2/29/24

   CENTRAL DISTRICT OF CALIFORNIA
   BY: _____mz_____ DEPUTY
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Magdalina Kalincheva MD, US Gov. Party for Dr Kalincheva's benefit, Family of 68 Bulgaria+8Us Legally Independent FederallyProtected FortressCommunity, et al<br>Plaintiffs & US Plaintiffs<br>Magdalina Kalincheva MD, Jesse Neubarth MD, Jeffrey Neubarth MD, our Families Independent FP Comm, et al.<br>Defendants/Third-Party-Plaintiffs<br>v.<br>Jews& Non-human hybridEvilJews Blacks,UA Valentyna &Child22A Lesovitskaya, 10 RICO Liza, US Consul in UA 92, US Consul E Andrew Walton BG 91, Customs Airport Bulgaria 91, Barbara Bauer MD & 3 Nicole Bauer, Irving&ToddCorren,Rita&PhillSpohn,KarenHull,Michelle&DonaldAMachado,JeraldMasonMasonRealty,DA,UriIbarra,3Trini,StateofCalifornia,HSA,IRS,DMV,DOJ,Feds, ASTfinanc,LinkShar,Ally,Non-human Evil Jack Dorsey, SJDC,UOP,CityofStockton,AllPolice,Mental,PACER,2WrongStateCourtsStockton&Bakersfield,AdventistHealth,DameronHospital,AssuranceWireless,TruConnect,ACP,Standup,CALifeline,Instagram,Google,Twitter,Microsoft,Shelter et al.    Third-Party-Defendants TPD | Case No.:<br><br>**2:24-mc-00033-UA**<br><br>MOTION FOR TRO & REQUIRED EMERGENCY RELIEF - EXPECTED RELIEF ASAP<br><br>Removed From Superior Court Of The State Of California County Of Kern - Bakersfield, Civil Case No.: S1501fl629640 \| Neubarth Vs Neubarth (B), Jesse Neubarth vs BC/BS<br><br>Removed From Superior Court Of The State Of California County Of San Joaquin – Stockton, 2Illegal Notice to Appear DC 4905, Case 23-0182, DC 4721, Case LI-01000, Illegal: Mental, ADA, All Cases Of Twin Brother Jeffrey Neubarth MD - 2 With Barbara Bauer MD+3Nicole Bauer, Linda, Thu Hang Thi Ngo<br><br>Removed From Delaware Court Of Chancery Are All Twitter Merger Casses Re: Jack Dorsey TPD |

Description: **NOTICE OF REMOVAL & Instant Action** Sua Sponte Enforcement Requireme **I-864** Affidavit of Support Federal Contract turned to **RICO Lawsuit**, **Breach of Two Federal & Maritime Financial Contracts** in Exhibit 1, **Civil Rights Case**, **Qui Tam**, Genocide

**8 U.S. Code § 1183a(a)(1)(A)** – **Federal Protection** is from poverty, unfair acts:homeless RICO Frauds &Thefts illegally forced out of her own Federally Protected House is Criminal racial & any discrimination which cause such poverty, any public charge. A handful of lawfully admitted I-864 sponsored family based spouse-immigrants married to a US Citizen like Magdalina Kalincheva MD and her sponsor to own "Significant Assets" and to have "Sufficient Income Source at all times in US, not to need any kind Gov. assistance anytime in US 8 CFR 213a.2-Use

MOTION FOR TRO & EMG RELIEF  Magdalina Kalincheva MD, Counsel for: Plaintiffs, US Plaintiffs,    - 1 -
Defendants/Third-Party-Plaintiffs 2-28-24

**CaseName:** M KalinchevaMD, Jesse & Jeffrey NeubarthMD, US Gov. et al v. Jews, Non-human hybrid EVIL Satan Jews:UA ValentinaLezovitskaya & Child 23, DA,4NicoleBauer, State of California, Cityof Stockton, JackDorseyTPDs

MOTION FOR TRO & REQUIRED EMERGENCY RELIEF - EXPECTED RELIEF ASAP

Pursuant to: their always ignored Official Legal Documents - Two Federal and Maritime Financial Contracts in Exhibit 1 - see No 18 at Docket 2:23-CV-06395-MCS-RAO: their I-864 Affidavit of Support Federal Financial Contract and their Maritime Marriage abroad merged into it inseparable from it, Instant Action 8 U.S. Code § 1183a(c) Remedies Sua Sponte enforcement Requirement (not an option) to Prevent or swiftly End this: poverty homeless and illegal shelter Illegal shelter rules: "case manager" murderer, Illegal search, no food allowed, Illegal showering rule Undue delay irreparable damages to all 10 of us, RICO STOLEN: all my Federally Protected FP Personal Property, my Amazon nuts order - my Food Stamps FS and US Mailing address property which require arrests jails, cannot use the locker, and any public charge - the need for: shelter Murder facility - Jewish Mental Murder facilities or on the street murder, library, bus, transport, Food Stamps FS, US Mailing address, which is invoked and due from start since 1991 immediately now and it's the only job of the judges in our case, Precedent Case Law & Decision SCHWARTZ v SCHWARTZ in Exhibit NR3 - cannot: dismiss deny close delay which the courts are required to follow, and FRCP Rule 65(b),
the Real Party in Interest I-864 sponsored Beneficiary Defendant/Counterclaimant-Third-Party-Plaintiff Federally Protected but victimized Magdalina Kalincheva MD hereby respectfully moves:
for TRO - Temporary Restraining Orders: Writ Prohibition of "case manager" murderer,
Writ Prohibition of shelter's Illegal criminal rules I am Federally Protected from: "case manager" murderer by shelter or to kick me out on the street Murder, Illegal searches, prohibited food, Illegal showering rule - pressing charges to arrest all RICO staff at shelter https://smcares.org/ who threatened me with "case manager" murderer or will kick me out on the street again: my Federally Protected FP Personal Property belongings which I need daily will be RICO STOLEN again,
to swiftly End the homelessness - to give all free Ownership Deeds replacements in case of sudden unexpected Loss of her Federally Protected FP but RICO STOLEN: Land Houses Cars Personal Property - at least Housing to restore me at University of the Pacific.edu UOP Exempt from enrollment with Federal grants not to need shelter Murder facility I'm Federally Protected from
Civil Cover Sheet Form JS-44 is attached

MEMORANDUM OF POINTS AND AUTHORITIES, BACKGROUND FACTS

1. FRCP Rule 65 - Injunctions and Restraining Orders,
Nature of suit - Other Contract - all issues the Merits, Exempt from all Legal Costs including Filing Fee, Ex-parte proceeding for our benefit of the 3 Three Real Parties in Interest of the Federal Contact..

FRCP Rule 65(b) Temporary Restraining Order.
FRCP Rule 65(b)(1)(A)
FRCP Rule 65(b)(1)(A)(B) - the reasons why notice should not be required."

FRCP Rule 65(c) Security...
.."The United States, its officers, and its agencies are not required to give security."
The United States is a Party as shown on both: Cover Sheet Form JS-44 attached, and on the Cover page of the Motion - is the Administrator of I-864 Affidavit of Support Federal Financial Contract, and one of the 3 Three Real Parties in Interest in our Affidavit of Support Federal Financial Contract in Exhibit 1. It has to be filled in the name of the Administrator and the Real Party in Interest the United States for Magdalina Kalincheva's MD benefit
US Government as a Party for Kalincheva Magdalina MD benefit

FRCP Rule 65(d)(1)(A) state the reasons why it issued

On about February 20, shelter staff https://smcares.org/ at women's lodge 50 women in one room threatened me with: mandatory from Match 1st "case manager"

murderer irreparable damages, knowing that I am Federally Protected from shelter and it's Illegal shelter rules said No to "case manager" murderer, or will kick me out on the street again murder irreparable damages in a strange country out of town away from all food stores Impossibile to work on our legal case: my Federally Protected FP Personal Property belongings which I need daily will be RICO STOLEN again - irreparable damages, would cause more Undue delay irreparable damages to all of us 10 Federally Protected but Victimized since 1991, Claim for Relief: $50 Trillion per One Second Time Undue delay since 1991 is just, Right, due immediately.

Exhibit 1 Facts Our Official Legal Documents showing that I-864 sponsored Beneficiary Magdalina Kalincheva MD from Bulgaria married to a US Citizen Jesse Neubarth MD has to be inside her own Federally Protected FP but very brutaly RICO STOLEN family's domicile House at 543 W Vine St Stockton California which is the only Option for her to live in US and with her Family of 68 from Bulgaria living nearby in one city who had to come in 1991-92 all through the years immediately now & reunited with Neubarth Family of 8 Eight, as she is family based - to live with her Family in one city like this family https://www.instagram.com/mybabydolls/ see their Official Legal Documents - Two Federal and Maritime Financial Contracts in Exhibit 1 proofs, which were Stolen by US Consul E Andrew Walton in Sofia Bulgaria 1991, then were always knowingly fraudulently maliciously ignored by Jews, Non-human hybrid Satan EVIL Jews, and has to be enforced for all of us the Real Parties in Interest of the Two Federal and Maritime Contracts now 8 Eight Genocided Terrorized & Replaced.
 - is Federally Protected FP from: homeless on the street Murder, cannot be out of her Own Federally Protected FP family's domicile House at 543 W Vine St Stockton California, cannot be at a shelter public charge Murder Facility and all of it's Illegal rules: "case manager" murderer from March 1St.
- To restore her inside her own Federally Protected FP RICO STOLEN family's domicile house at 543 W Vine St Stockton California on submitted Day because our Official Legal Documents in Exhibit 1 are The Truth, as justice so requires, are Law Requirement not an option.

Non-human shape-shifting hybrid Evil Satan Khazarian Jew fraudster Karen Hull from Ukrainian Ashkenazi Jewish RICO Cartel in 1992 who RICO conspired with same Non-human EVIL Jew Rita Spohn Illegally forced me to Illegal renting: Unemployed No Income Source very expensive about $900 per month her duplex at 1814 Concord Avenue Stockton CA, to the last penny murder, instead I to remarry, she remarried with RICO STOLEN my settlement money which have to be seized Treble and Compound from her now to be refunded to me, knew that I was trying to set aside our entire RICO Fraud and Grand THEFTS "divorce" in 2012 when I first requested a copy from FOIA, is also friend RICO conspired again with same Non-human Evil Jew Michelle Not Machado who they forced to marry Donald A Machado because he had a Dairy Farm and House in Manteca to support Evil Jewish children for humans Replacement.
First twin brother-in-law Jeffrey Neubarth MD was forced out of the house and to rent alone.

"FRCP Rule 65(b)(1) Issuing Without Notice. The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:

(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

(B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required."

I-864 Affidavits of Support Federal Financial Contracts,
Our Official Legal Documents in Exhibit 1,
Form AO-240 - is filed for information - it's evidence of Extreme poverty - that Instant Action Sua Sponte enforcement Requirement (not an option) is invoked and due immediately now, and for arrest warrants,

MOTION FOR TRO& EMG RELIEF Magdalina Kalincheva MD Def/T-P-Plaintiffs 22824

not a job of the judges on Filing Fee as we are Exempt from all Legal Costs
pursuant to Statute - decided granted and guaranteed by Congress,
the Filing Fee and all Legal costs should always be automatically Sua Sponte
waived for us.

Instant Action 8 U.S. Code § 1183a(c) Remedies

By chance I recently read about "Ibarra" surname in the news - see URL below,
who are illegally inside our Federally Protected but very brutaly RICO STOLEN
family's domicile House at 543 W Vine St Stockton California - are Illegal
Venezuelans.
Jewish RICO Ibarra Schemes crimes & corruption:

Uri Ibarra Nava TPD forced to rent for about $900 per month our Federally
Protected FP but RICO STOLEN family's domicile House. Uri Ibarra Nava illegally
inside our House, and Illegally use my Federally Protected but RICO STOLEN US
Mailing address too

- DMV TPD Corruption and RICO conspiracy with other Third-Party-Defendants TPD -
DMV saw our Federal Contact for My address - knows that I have to be inside 543
W Vine St Stockton California, I prepaid online fee $33 December 2015 to reissue
my DL, I never received it - DMV received it back December 2015, had to sue and
to remove criminals inside my house. But not only did not sue the criminals but
continue issuing him False Driver's licenses ID all these years ongoing.

Suspect in murder of nursing student entered U.S. illegally from Venezuela, ICE
says. 2-25-14.
https://www.msn.com/en-us/news/crime/suspect-in-murder-of-nursing-student-
entered-u-s-illegally-ice-says/ar-BB1iS3pG?OCID=ansmsnnews11
The suspect in the murder of Georgia nursing student Laken Hope Riley entered
the U.S. illegally from Venezuela, officials said Sunday.
The suspect, 26-year-old Jose Ibarra, was arrested by U.S. Customs and Border
Protection on Sept. 8, 2022, after he unlawfully entered the U.S. near El Paso,
Texas, U.S. Immigration and Customs Enforcement said in a statement.
Ibarra was released by U.S. border officials pending a review of his immigration
case, ICE said.
Georgia Republicans seek new laws to crack down on immigrants after nursing
student killed 22724
https://www.msn.com/en-us/news/crime/court-documents-shed-new-details-in-
killing-of-nursing-student-at-university-of-georgia/ar-BB1iXdHU?
OCID=ansmsnnews11
a "sanctuary" jurisdiction for undocumented immigrants,
Body of nursing student found on a University of Georgia campus; suspect in
custody on murder charges
https://www.cbsnews.com/news/body-of-nursing-student-found-on-a-university-of-
georgia-campus/?ftag=MSF0951a18

Attached below is ADDENDUM-1 my Emails With Shelter Murder Facility

My Emails with shelter Murder facility https://smcares.org/ controlled by Non-
human shape-shifting hybrid "Satan from another planet Draco" EVIL Jews' is
actually Jewish Mental Murder facilities where "They cut people's brains" - said
a colleague on Instagram many years ago, after RICO STOLEN everything from them
- they never cared about any Law - that our Everything very brutaly RICO STOLEN
is also Federally Protected - thousands of federal state and international laws
violation from start since 1991.

I told them Isabel Mercedes and emailed them see Addendum 1 to email me the
Costs for me since December 30 2023 to send them to the judges to be seized from
criminals Illegally inside my Federally Protected FP family's domicile House as
described below.
They didn't because they are these criminals - see No 41, San Joaquin County HSA
Human Services Agency who ordered RICO STEALING because I cannot pay anything
after they have been RICO stealing everything Federally Protected from me

everywhere I go from start since 1991, RICO conspired again with shelter Murder facility, Amazon and USPS and RICO stole my Amazon nuts order.
They made Impossibile I to use the Food Stamps after Illegal arrest June 14, illegally held in jail at least 3 days, failed to restore me inside my Federally Protected FP House, failed to arrange family member brother-in-law Jeffrey Neubarth MD to bring me Corolla car to use, to drive me home.
 If it's impossible to use Food Stamps, Impossibile to cook, no storage, cannot use the locker, no transport, daily STEALING of my Federally Protected FP Personal Property, RTD Bus tickets never stopped, RTD must not require tickets until after our RICO STOLEN assets worth $Trillions are recovered returned to us - are all irreparable damages to my: Health Youth & Fertility which I have to restore to achieve the Miracle Outcomes due to me in 1991-92 immediately now like this family
https://www.instagram.com/mybabydolls/
Research: For women it matters what their mothers and grandmothers ate for the children to be healthy.

I have nutritional deficiencies which require more than food to be corrected.

All numerous RICO Non-human hybrid Evil Jews Third-Party-Defendants TPD who disabled from newborn by Circumcision, genital mutilation sucking penis Child raped, then enslaved controlled both twin brothers and committed all RICO crimes had to be arrested in 1955, again in 1992  not to be involved in our lives.

FRCP Rule 65(d)(1)Contents(C) the act or acts restrained or required:
from Match 1st "case manager" murderer
Illegal searches - they had to set up separate Prefabricated Tiny Houses separate rooms 10 years ago.
no food
Illegal showering 3 showers for 49 women..

CONCLUSION

For these reasons Magdalina Kalincheva MD will clearly
suffer immediate irreparable injury Loss unless the order is issued.

I declare under penalty of perjury that the foregoing is true and correct.

                        Respectfully Submitted

Date: February 28, 2024
Signature: _____ /s/Magdalina Kalincheva MD
Printed Name: Magdalina Kalincheva MD Pro Se
No address: 543 W Vine St Stockton CA 95203 RICO STOLEN
Email: sun55rise@outlook.com
Phone: 209-684-6696 - cannot use due to noise, disabled
Counsel For: Plaintiffs, Defendants/Third-Party-Plaintiffs: Herself, Jesse Neubarth MD, Jeffrey Neubarth MD, et al.

```
ADDENDUM-1 Emails With Shelter Murder Facility

My Emails with shelter Murder facility https://smcares.org/ controlled by Non-
human shape-shifting hybrid "Satan from another planet Draco" EVIL Jews' is
actually Jewish Mental Murder facilities where "They cut people's brains" - said
a colleague on Instagram many years ago, after RICO STOLEN everything from them
- they never cared about any Law - that our Everything very brutaly RICO STOLEN
is also Federally Protected - thousands of federal state and international laws
violation from start since 1991.

> Sent: Monday, February 19, 2024 at 2:14 AM
> From: "Ma Ka" <xxxxxxx@xxx.com>
> To: mmoreno@smcares.org
> Subject: Fw: Do not search my Federally Protected Personal Property, remove
staff who searched Earnestly Tim Mishelle Please email me Costs for me, Costs,
Shower every 16 days only, not until February 3rd, 2024 for me when you have
only 3 Showers for 49 women
>
> Hello,
> The following email was sent to Kim and forwarded to Mercedes
mmoreno@smcares.org.
>
> Thank you.
>
> Magdalina Kalincheva MD
> Stockton California
> 2-18-2024
>
> > Sent: Monday, February 19, 2024 at 2:05 AM
> > From: "Ma Ka" <xxxxxxx@xxx.com>
> > To: Kneadeau@smcares.org
> > Subject: Do not search my Federally Protected Personal Property, remove
staff who searched Earnestly Tim Mishelle Please email me Costs for me, Costs,
Shower every 16 days only, not until February 3rd, 2024 for me when you have
only 3 Showers for 49 women
> >
> > Hello,
> > Please Do not search my Federally Protected Personal Property, remove staff
who searched Earnestly Mishelle Tim.
> > As described below I am Federally Protected from shelter and staff public
charge, and Exempt from Illegal shelter rules: Illegal search and defamation by
Earnestly and Tim on February 17, 2024, Michelle, cannot touch my Federally
Protected Personal Property.
> > Please restrain the staff from Illegal search of my Federally Protected
personal property, remove from women's lodge Earnestly, Michelle, Kevin and Tim
& restrain all staff not to search me until required all free Ownership
replacements Housing deeds are given by the judges and I safely move.
> >
> > Claims for Relief: $50 Trillion per One Second Time Undue delay irreparable
damages, to per person to each of us 10 Ten Federally Protected but Victimized,
per Illegal event: Illegal search and defamation on 2-17-24.
> >
> > Thank you.
> >
> > Magdalina Kalincheva MD
> > Stockton California
> > 2-18-2024
> >
> > _____
> > Hello,
> >
> > Please email me the Costs for me since December 30 2023 to send them to the
judges to be seized from criminals Illegally inside my Federally Protected FP
family's domicile House as described below.
```

```
> >
> > Thank you.
> >
> > Magdalina Kalincheva MD
> > Stockton California
> > Friday 2-1-2024
> >
> > _____
> > Hello,
> > Message is for Kim who will forward it to CEO Petra Linden and will respond
to me. Response regarding Shower every 16 days not before February 3rd for me,
when you have only 3 Showers for 49 women is required by Friday and should also
be emailed to Director of Social Services Mercedes and all shelter staff not to
demand shower earlier than February 3rd for me, not to have to shower this
Sunday, 1-21-24.
> >  There are 2 Two issues:
> > 1. Costs for me. I told Isabel from St. Mary's dining room that I am
protected from poverty and shelter public charge with Federal Contact Affidavit
of Support current Form at USCIS website I-864, have to be inside my own
Federally Protected FP family's domicile house, and the Costs for me illegally
and Wrongfully forced out & into shelter public charge must be seized from the
criminals Illegally inside my Federally Protected FP RICO STOLEN House, not from
me, not my SSN. Isabel said "It's Free and they will not require my SSN."
> > But Mercedes is asking me for "retirement" I don't have, then she said that
she "will help me to apply for SSI", I said I will apply through the Courts, and
not here.
> >  - I am I-864 sponsored Beneficiary of Two Federal and Maritime Financial
Contracts which is Federal protection FP 8 U.S. Code § 1183a(a)(1)(A) – from
poverty, unfair acts and unfair rules such as shower Requirement when you have
only 3 Showers for 49 women, which cause such poverty and Undue delay
irreparable damages to us, and any public charge such as shelter, are filed at
US District Courts - I own my Federally Protected FP family's domicile House at
543 W Vine St, Stockton California which is the only option for me to live in
US, If I am illegally forced out of my house is Criminal and the shelter has to
restore me inside my house not to need shelter public charge, the costs for me
have to be seized from criminals Illegally inside my house with False Void
unenforceable papers Trust Deed RICO Fraud and Grand Theft.
> > Or CEO Petra Linden have to apply for federal grants for me, and
reimbursement is to be seized from criminals Illegally inside my Federally
Protected FP RICO STOLEN House with False Trust Deed RICO FRAUD & Grand THEFT.
> >
> > 8 U.S. Code § 1183a Requirements for sponsor's affidavit of support,
> > Federal Protection 8 U.S. Code § 1183a(a)(1)(A) – is from poverty - all
crimes had to be Prevented or swiftly Ended now.
> > 8 U.S. Code § 1183a(b) - Reimbursement Requirement
> > 8 U.S. Code § 1183a(c) Remedies enforcement Requirement (not an option) to
Prevent or to swiftly End the poverty homelessness the need for shelter Bus
library public charge.
> >
> > Attorney's website source: The Purpose of every Removal from state court is
shifting transfer of All the: Blame Liability and All Costs For The Liability At
Issue In the Original action: Total Breach of their ignored Official Legal
Documents - Two Federal and Maritime Financial Contracts in Exhibit 1 & Instant
Action Financial Complaint invoked and due from start 1991, and their
counterclaims described, to other parties - in this case to numerous non-parties
Jews, RICO Third-Party-Defendants TPD who must not have been involved in our
lives, but disabled and controlled both twin brothers all through the years.
> >
> > How do you want donations when nobody knows or can find the new website
www.smcares.org ?
> >
> > Apply for grant money shelter do not have to refund if you grow food - the
garden behind the kitchen should plant 2 Pomegranate Trees and 10 Fig trees
which do not require care after planting but the fruit is a good Income Source
```

```
for the shelter - Pomegranates and Figs can be sold to grocery stores 1 Fig =
$1, $1000 per year x10 trees= $10000 per year Income Source and the grant money
shelter does not have to refund.
> >
> > Kimball Musk https://biggreen.org/
> > "He is the co-founder and chairman of Big Green, a 501(c)(3) nonprofit that
has built hundreds of outdoor classrooms called Learning Gardens in schoolyards
across America." Elementary school on Harding way in Stockton near Pacific Ave
and School for adults had a beautiful garden in their Yard I think they have
been receiving grants money which they don't have to refund from
https://biggreen.org/ for growing food in the schoolyard.
> >
> > 2. Illegal and unfair for all women showering demand rule when you have only
3 Showers for 49 women, I am Federally Protected from, but Staff Elizabeth
kicked me out without warning on the cold street on January 12 when it was going
to Rain at night I don't have another option to live in US,  for not showering
11 days because I don't have Time to wait, it is Illegal and unfair for me rule
I'm Federally Protected from.
> > It is Undue delay irreparable damages for all of us 8 Eight Genocided and
our families. We will never get back the Time for waiting to shower.
> > It's not specified in the rules how often women have to shower.
> > When you have only 3 Showers for 49 women only 3 women per day must be
required to shower without waiting going at 7:00 am to 7:30 am. By dividing 49
women by 3 showers = 16.33 Days required to shower - every 16 days only can be
required to shower - a Fair Solution for all women when there are only 3 Showers
for 49 women... this is Once per month. I showered on January 18th+16=34-31 = on
February 3rd, 2024 is required I to shower again and without waiting going at
7:00 am to 7:30 am. All others after these 3 women are optional.
> > Please respond Friday regarding Illegal showering requirement - that shelter
and staff will not require shower for me until February 3rd, 2024, Mercedes not
to bother my Federally Protected family for the Costs.
> >
> > Thank you very much.
> >
> > Magdalina Kalincheva MD
> > Stockton California
> > Friday 1-19-2024
_____

I declare under penalty of perjury that the foregoing is true and correct.

                          Respectfully Submitted

Date: February 28, 2024
Signature:  _____   /s/Magdalina Kalincheva MD
Printed Name: Magdalina Kalincheva MD Pro Se
No address: 543 W Vine St Stockton CA 95203 RICO STOLEN
Email: sun55rise@outlook.com
Phone: 209-684-6696 - cannot use due to noise, disabled
Counsel For: Plaintiffs, Defendants/Third-Party-Plaintiffs: Herself, Jesse
Neubarth MD, Jeffrey Neubarth MD, et al.
```